**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael COLSON, Defendant–Appellant.**

**No. 08–10545**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

May 13, 2009.

Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, for Defendant–Appellant.

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Michael Colson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Colson's conviction and sentence are **AFFIRMED.**